**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**VICKIE TAYLOR,**

    Plaintiff,

v.                                                                        Cv. No. 15-2617-JTF

**CBRE, INC., f/k/a,**
 **CB RICHARD ELLIS, INC.,**

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Plaintiff's Notice of Voluntary Dismissal without prejudice and the Order of Dismissal docketed on November 17, 2015.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                    THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE      CLERK

November 17, 2015                             s/Lorri J. Fentress
DATE                                                   (BY) LAW CLERK